IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIM E. HOLZ,                          :
                                      :
        Plaintiff,                    :
                                      :        1:14-cv-2354
        v.                            :
                                      :        Hon. John E. Jones III
COMMONWEALTH OF                       :
PENNSYLVANIA, *et al.*,               :
                                      :
        Defendants.                   :

## ORDER

**March 17, 2015**

**NOW, THEREFORE,** in accordance with the Memorandum issued this

date, **IT IS HEREBY ORDERED THAT:**

1.    Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is

      **DENIED**.

2.    Plaintiff's complaint (Doc. 1) is **DISMISSED** without

      prejudice pursuant to 28 U.S.C. § 1915(g).

3.    The Clerk of Court is directed to **VACATE** the administrative

      order (Doc. 6) and **NOTIFY** the warden at the United States

      Penitentiary at Lewisburg.

4.    The Clerk of Court is directed to **CLOSE** this case.

5.    Any appeal from this Order is **DEEMED** frivolous and not

in good faith.  *See* 28 U.S.C. § 1915(a)(3).


s/ John E. Jones III
John E. Jones III
United States District Judge